```
             IN THE UNITED STATES DISTRICT COURT

                FOR THE DISTRICT OF KANSAS


UNITED STATES OF AMERICA,

                 Plaintiff,
        vs.                            Case No. 12-40004-01-RDR

CHAD RANDALL ANDERSON,

                 Defendant.
```

**O R D E R**

    This case is before the court upon defendant's fourth motion to continue the deadline for filing pretrial motions and to continue the motions hearing set in this case. The motion indicates that it is unopposed.

    Defendant states that he needs more time for his investigator to finish his investigation and to prepare a report. Defense counsel also needs more time to provide additional legal authority and arguments in support of a motion to suppress.

    The court reviewed the factors relevant to Speedy Trial Act analysis in a previous order. The court will not repeat that discussion here. The requested extension of time appears necessary for defense counsel to develop evidence and arguments relevant to a pending motion to suppress taking into account the exercise of due diligence. The court believes that the requested extension of time is in the interests of the public and the parties because it may facilitate a fair, just and efficient resolution of this

matter.

In sum, the court finds that the continuance requested is in the interests of justice which outweigh the interests of the public and the defendant in a speedy trial.  Therefore, the continuance requested constitutes excludable time under 18 U.S.C. § 3161(h)(7).

Defendant's motion shall be granted and the deadline for filing or supplementing pretrial motions shall be continued to June 15, 2012.  Responses to pretrial motions or additional authorities and arguments filed by defendant shall be due on June 22, 2012.  A hearing upon pretrial motions shall be set for June 29, 2012 at 9:30 a.m.

**IT IS SO ORDERED.**

Dated this 15th day of May, 2012 at Topeka, Kansas.

                                      s/Richard D. Rogers
                                      United States District Judge